PEOPLE, PLAINTIFF AND APPELLEE, *v.* TORRES,
DEFENDANT AND APPELLANT.

APPEAL from the District Court of Aguadilla in a Prosecution for Violation of Section 2 of the Organic Act.

No. 1491.—Decided July 30, 1920.

Decided on the grounds of the opinion delivered in the case of *People* v. *Torres, ante,* page 783.

*Mr. E. Martínez Aviles* for the appellant.
*Mr. J. E. Figueras, Fiscal,* for the appellee.

*Reversed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.

---

PEOPLE, PLAINTIFF AND APPELLEE, *v.* CRESPO,
DEFENDANT AND APPELLANT.

APPEAL from the District Court of Guayama in a Prosecution for Violation of Section 2 of the Organic Act.

No. 1513.—Decided July 30, 1920.

Decided on the grounds of the opinion delivered in the case of *People* v. *Torres, ante,* page 783.

*Mr. M. A. Martínez* for the appellant.
*Messrs. J. E. Figueras, Fiscal,* and *A. Arroyo* for the appellee.

*Reversed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.